```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

DOUGLAS MONROE,                   :
                                  :
        Plaintiff,                :
                                  :
vs.                               :   CIVIL ACTION 13-0089-WS-M
                                  :
MAJOR BYRNE, et al.,              :
                                  :
        Defendants.               :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice.

DONE this 8th day of May, 2013.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE